UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER CIRELLI,

                          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
-----------------------------------------------------------X

19 CIVIL 2709 (ER)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 19, 2020, the Court has reviewed Magistrate Judge Aaron's thorough and well-reasons R&R and finds no error, clear or otherwise. Judge Aaron's recommendations are adopted in their entirety. Cirelli's motion for judgment on the pleadings is GRANTED in part and DENIED in part; the Commissioner's motion for judgment on the pleadings is DENIED; the decision of the Commissioner is hereby vacated; and the case is remanded for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York
         June 19, 2020

                                                                    **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                        **BY:**
                                                                     **Deputy Clerk**